29839.   ESKEW v. CONSTITUTION PUBLISHING COMPANY.

FELTON, J.   Since the award of a nonsuit can not be reviewed by a motion for new trial, the court did not err in overruling the plaintiff's motion for new trial. Smith v. Perryman, 38 Ga. App. 496 (144 S. E. 341), and cit. .

Judgment affirmed. Stephens, P. J., and Sutton, J., concur.

DECIDED DECEMBER 4, 1942.

Samuel L. Eplan, for plaintiff.
Sidney Smith, Sidney Smith Jr., for defendant.